**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

vs.

Koch Petroleum Company, L.P.,

Defendant.

Civil Action, No.00-CV-2756

**ORDER**

Plaintiff United States of America, Defendant Koch Petroleum Company, L.P., and the State of Minnesota, by its Attorney General, Mike Hatch, acting at the request of the Minnesota Pollution Control Agency, have filed a Stipulation in this case that the State of Minnesota satisfies the requirements for intervention under Rule 24 of the Federal Rules of Civil Procedure, and should be allowed to intervene as a "Plaintiff-Intervenor" on that basis. Attached to the Stipulation is the State of Minnesota's Complaint.

It appears to the Court that the State of Minnesota satisfies the requirements for intervention under Rule 24 of the Federal Rules of Civil Procedure, and should be allowed to intervene as a "Plaintiff-Intervenor" on that basis.

Therefore, it is ordered that the State of Minnesota is allowed to intervene in this action as a "Plaintiff-Intervenor", and that the Clerk of Court add to the caption of this case "State of Minnesota, Plaintiff-Intervenor".

Dated: February 26, 2001

Susan Richard Nelson
United States District Court Judge
Magistrate

FILED FEB 27 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD_______
DEPUTY CLERK_______