UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>and<br><br>THE STATE OF MINNESOTA,<br><br>Plaintiff-Intervener,<br><br>v.<br><br>KOCH PETROLEUM GROUP, L.P.<br><br>Defendants. | ) | Civil Action No. 00-CV-2756 |

NOTICE OF LODGING OF PROPOSED CONSENT DECREE

Pursuant to the United States Code of Federal Regulations, 28 C.F.R. §50.7, the proposed First Amendment to Consent Decree, attached hereto, is being lodged with the Court in this civil action, in order to allow for a thirty-day (30) public comment period, prior to seeking approval of the Court.

The parties are amending the April 25, 2001, Consent Decree in this national, multi-facility Clean Air Act ("Act") enforcement action against Koch Petroleum Group, L.P., now known as Flint Hills Resources, LP ("FHR"), pursuant to Section 113(b) of the Clean Air Act ("CAA"), 42 U.S.C. § 7413(b) (1983), amended by, 42 U.S.C. § 7413(b) (Supp. 1991). The original settlement, covering three refineries, was entered by the Court on April 25, 2001, as part of EPA's Petroleum Refinery Initiative. The proposed

Amendment allows FHR additional time to conduct studies of various nitrogen oxide ("NOx") reducing catalysts and to decide on the final NOx control scheme for the fluidized catalytic cracking unit ("FCCU") at the Pine Bend, Minnesota, facility. Second, the Amendment establishes a process to address any leaks of process fluids into the non-contact, recirculating cooling tower systems as required by the National Emission Standard for Benzene Waste Operations, 40 C.F.R. Part 61, Subpart FF. Third, and finally, the Amendment exempts two heaters in the FHR system from the application of current or next generation ultra low-NOx burners, but requires FHR to install specific control technology and accept restrictive emission limits for these two heaters

After the requisite Federal Register Notice is published, the time period for comments has run, and the comments, if any, have been evaluated, the Court will be further advised as to any action which may be required by the Court at that time.

During the pendency of the public comment period under 28 C.F.R. Section 50.7, **no action is required of the Court.** Following the expiration of the public comment period (30 days), if the comments do not reveal any reasons to withdraw the First Amendment to Consent Decree, the United States will file with the Court a Motion to Enter the Amendment. The Amendment should not be signed by the District Judge until the Motion to Enter is submitted.

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General

By: *Dianne Shawley*

DIANNE SHAWLEY
Senior Counsel
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 514-0096

THOMAS B. HEFFILFINGER
United States Attorney

FREIDRICH A. P. SIEKERT
Assistant United States Attorney
Attorney ID No. 142013
District of Minnesota
U.S. Courthouse
300 S. 4th Street
Suite 600
Minneapolis, MN 35415