UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>and<br><br>THE STATE OF MINNESOTA,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>KOCH PETROLEUM GROUP, L.P.<br><br>Defendants. | CIVIL ACTION NO. 00-CV-2756 |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing FIRST AMENDMENT TO CONSENT DECREE AND NOTICE OF LODGING have been sent on this day, the 23rd day of June, 2006, postage prepaid, by United States mail to the following:

For Koch Petroleum Group, L.P. (now known as Flint Hills Resources):

Robert J. Mueller
Senior Counsel
4111 East 37th Street North
Wichita, Kansas 67220

For the State of Minnesota:

Kathleen Winters
Assistant Attorney General
Minnesota Attorney General's Office
445 Minnesota Street
Suite 900
St. Paul, MN 55101-2127

DIANNE SHAWLEY
Senior Counsel
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 514-0096