**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

and

THE STATE OF MINNESOTA,

Plaintiff-Intervenor,

vs.

KOCH PETROLEUM GROUP, L.P.,

Defendants.

CIVIL ACTION NO. 00-CV-2756(PAM/SRN)

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Plaintiff-Intervenor, The State of Minnesota, has retained Kathleen Winters to substitute as counsel for Peter Tester in this case.

Dated 7/11/06

s/Kathleen L. Winters
KATHLEEN L. WINTERS
Assistant Attorney General
Atty. Reg. No. 128089
445 Minnesota Street, Suite 900
St. Paul, Minnesota 55101-2127
(651) 297-8756 (Voice)
(651) 296-1410 (TTY)

Dated: 7/23/06

s/Peter L. Tester
PETER L. TESTER
Atty. Reg. No. 222525
LINDQUIST & VENNUM P.L.L.P.
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2274
(612) 371-3222

AG: #1637640-v1