**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES of AMERICA,<br>Plaintiff, and the<br>STATE OF MINNESOTA,<br><br>Plaintiff-Intervenor,<br><br>vs.<br><br>KOCH PETROLEUM GROUP, L.P.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CERTIFICATE OF SERVICE**<br><br>Civ. Action No. 00-CV-02-2756<br>(PAM/SRN) |

I hereby certify that on July 26, 2006, I caused the following documents:

**Notice of Withdrawal and Substitution of Counsel**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Mary T. McAuliffe
*mcauliffe.mary@epa.gov*

Friedrich A P Siekert
*fred.siekert@usdoj.gov holly.fetzer@usdoj.gov;usamnecf.civil@usdoj.gov*

Diane M. Shawley
*Dianne.shawley@usdoj.gov*

I further certify that I caused a copy of the Notice of Withdrawal and Substitution of Counsel and the notice of electronic filing to be mailed by first-class mail, postage paid, as noted below, to the following:

Dianne M. Shawley, Senior Counsel
Environment and Natural Resources Division
U.S. Department of Justice
1425 New York Avenue, N.W.
P.O. Box 7611
Washington, D.C. 20044-7611

James J. Jackson
US Environmental Protection Agency
1200 Pennsylvania Avenue NW
Washington, D.C. 20460

Jonathan H. Bloomberg
Bloomberg & Podpeskar LLP
10 South Fifth Street, Suite 900
Minneapolis, MN 55402

John Quarles
Morgan, Lewis & Bockius
1800 M Street NW
Washington, D.C. 20056-5869

Friedrich A.P. Siekert
Assistant United States Attorney
600 United States Courthouse
South Fourth Street
Minneapolis, MN 55415

Dated: July 26, 2006

s/Kathleen L. Winters_________________
KATHLEEN L. WINTERS
Assistant Attorney General
Atty. Reg. No. 128089
445 Minnesota Street, Suite 900
St. Paul, Minnesota 55101-2127
(651) 297-8756 (Voice)
(651) 296-1410 (TTY)

Attorney for Minnesota Pollution Control Agency

AG: #1645329-v1