UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES of AMERICA, Plaintiff, and THE STATE OF MINNESOTA, Plaintiff-Intervener, v. KOCH PETROLEUM GROUP, L.P. Defendant. | Civil Action No. 00-CV-2756 |

**UNOPPOSED MOTION TO ENTER CONSENT DECREE**

COMES NOW Plaintiff, the United States of America ("United States"), on behalf of the United States Environmental Protection Agency ("EPA"), and respectfully moves this Court for entry of the proposed First Amendment to Consent Decree lodged with this Court on June 23, 2006, in the above-styled action. The United States' motion is appropriate for the following reasons:

1. The United States filed its Complaint against Koch Petroleum Group, L.P. , now referred to as Flint Hills Resources, LP ("FHR"), pursuant to Section 113(b) of the Clean Air Act ("CAA"), 42 U.S.C. § 7413(b) (1983), amended by, 42 U.S.C. § 7413(b) (Supp. 1991), the Resource Conservation and Recovery Act, ("RCRA"), 42 U.S.C. § 6901 et seq.; the Emergency Planning and Community Right to Know Act ("EPCRA"), 42 U.S.C. §11004(a); and the Clean

Water Act ("CWA"), 33 U.S.C. §1251 et seq. In addition, a Complaint-in-Intervention was filed by the State of Minnesota alleging similar environmental claims.

2. The Court entered the Consent Decree on April 25, 2001. On June 23, 2006, the United States lodged the First Amendment to Consent Decree with the Court.

3. Pursuant to 28 C.F.R., Section 50.7, notice of lodging of the First Amendment to Consent Decree was published in the Federal Register and public comments were solicited. (See Federal Register, Vol. 71, No.129, pp. 38422-38423, July 6, 2006).

4. The comment period has expired and no comments were received.

5. The parties to this settlement have consented to entry of this First Amendment to Consent Decree.

6. Entry of this First Amendment to Consent Decree in unopposed and is in the public interest. The Amendment will ensure FHR's continued implementation of its commitments under the original Settlement.

ACCORDINGLY, for the foregoing reasons, the United States requests that the Court now sign and enter the proposed First Amendment to Consent Decree in this action, previously lodged with this Court on June 23, 2006.

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General

By: [signature]

DIANNE SHAWLEY
Senior Counsel
Environmental Enforcement Section

U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 514-0096

THOMAS B. HEFFILFINGER
United States Attorney

FREIDRICH A. P. SIEKERT
Assistant United States Attorney
Attorney ID No. 142013
District of Minnesota
U.S. Courthouse
300 S. 4th Street
Suite 600
Minneapolis, MN 35415