UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>and<br><br>THE STATE OF MINNESOTA,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>KOCH PETROLEUM GROUP, L.P.<br><br>Defendants. | CIVIL ACTION NO. 00-CV-2756 |

CERTIFICATE OF COMPLIANCE

The undersigned attorney for the United States certifies this memorandum complies with the type-volume limitation of D. Minn. LR 7.1(c) and the type size limitation of D. Minn. LR 7.1(e). The memorandum has 2,582 words of type, font size 13. The memorandum was prepared using WordPerfect 12, which includes all text, including headings, footnotes and quotations in the word count.

Dated: August 30, 2006

THOMAS B. HEFFELFINGER
United States Attorney

BY: Dianne M. Shawley
Dianne M. Shawley
Senior Counsel
U.S. Department of Justice