UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

UNITED STATES of AMERICA, )
)
Plaintiff, )
and )
THE STATE OF MINNESOTA, )
)
Plaintiff-Intervener, )
)
v. ) Civil Action
) No. 00-CV-2756
KOCH PETROLEUM GROUP, L.P. )
)
Defendant. )
)

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing UNITED STATES' MOTION TO ENTER FIRST AMENDMENT TO CONSENT DECREE AND MEMORANDUM IN SUPPORT, has been sent on this day, the 30th day of AUGUST, 2006, postage prepaid, by United States mail to the following:

For Koch Petroleum Group, L.P. (Now known as Flint Hills Resources ("FHR"):

Robert J. Mueller
Senior Counsel
4111 East 37th Street North
Wichita, Kansas 67220

For the State of Minnesota:

Kathleen Winters
Assistant Attorney General
State of Minnesota
445 Minnesota Street, Suite 900
St. Paul, MN 55101-2127

DIANNE SHAWLEY
Senior Counsel
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 514-0096