UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America, Civil No. 00-2756 (PAM/SRN)

Plaintiff,

and

The State of Minnesota,

Plaintiff-Intervener,

v. **ORDER**

Koch Petroleum Group, L.P.

Defendant.

---

This matter is before the Court on the United States of America's Motion to Enter First Amendment to Consent Decree. Neither the State of Minnesota nor Koch Petroleum Group, L.P. opposes the Motion. Moreover, notice of filing the proposed Amendment was published in the Federal Register in July 2006, and no public comments were received.

The proposed Amendment relates to several issues that arose during the implementation of the original Consent Decree entered by the Court on April 25, 2001. Upon discovery of these issues, the parties negotiated to resolve the issues in a manner that is protective of human health and the environment, achieves the fundamental goals of the original settlement, and avoids litigation. The proposed Amendment details the issues and

the manner in which the parties will attempt to resolve them.[1] The Court finds that the proposed Amendment is fair, reasonable, and consistent with the public interest. It therefore approves the proposed Amendment. Accordingly, **IT IS HEREBY ORDERED** that:

1. The Motion to Amend Consent Decree (Docket No. 15) is **GRANTED**;
2. The April 25, 2001 Consent Decree (Docket No. 10) shall be **MODIFIED** as provided in the proposed First Amendment to Consent Decree (Docket No. 11).

Dated: January 19, 2007

s/ Paul A. Magnuson
Judge Paul A. Magnuson
United States District Court Judge

---

[1] The Court notes that the proposed Amendment was filed in June 2006; however, the Court did not receive notice of the filing because this case had been administratively closed. One of the resolutions provides Koch Petroleum Group until December 31, 2006 to complete emissions testing. Obviously, this deadline has passed. The Court assumes that all testing required by the proposed Amendment has been completed.