UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | |
| and | ) | Civil Action No. 00-CV-2756 |
| THE STATE OF MINNESOTA, | ) | |
| Plaintiff-Intervener, | ) | |
| v. | ) | |
| KOCH PETROLEUM GROUP, L.P. | ) | |
| Defendants. | ) | |

NOTICE OF LODGING OF PROPOSED CONSENT DECREE

Pursuant to the United States Code of Federal Regulations, 28 C.F.R. §50.7, the proposed Second Amendment to Consent Decree, Attachment 1 hereto, is being lodged with the Court in this civil action, in order to allow for a thirty-day (30) public comment period, prior to seeking approval of the Court.

The parties are amending the April 25, 2001, Consent Decree in this national, multi-facility Clean Air Act ("Act") enforcement action against Koch Petroleum Group, L.P, now known as Flint Hills Resources, LP ("FHR"), pursuant to Section 113(b) of the Clean Air Act ("CAA"), 42 U.S.C. § 7413(b) (1983), amended by, 42 U.S.C. § 7413(b) (Supp. 1991). The original settlement, covering three refineries, was entered by the Court on April 25, 2001, as part of EPA's Petroleum Refinery Initiative.

This proposed Second Amendment applies to the fluidized catalytic cracking unit ("FCCU") at FHR's Corpus Christi East Refinery and allows FHR to install an alternative control technology for the reduction of nitrogen oxide ("NOx") emissions from that unit. FHR will complete the installation by December 31, 2010, and begin meeting a more stringent annual average NOx limit of 20 parts per million ("ppm"), effective January 1, 2011. This more stringent limit will likely result in an additional 171.5 tpy reduction of NOx beyond what the original Decree required from pre-control baseline emission levels.

After the requisite Federal Register Notice is published, the time period for comments has run, and the comments, if any, have been evaluated, the Court will be further advised as to any action which may be required by the Court at that time.

During the pendency of the public comment period under 28 C.F.R. Section 50.7, **no action is required of the Court.** Following the expiration of the public comment period (30 days), if the comments do not reveal any reasons to withdraw the Consent Decree, the United States will file with the Court a Motion to Enter the Decree. The Consent

Decree should not be signed by the District Judge until the Motion to Enter is submitted.

Dated: August 22, 2008

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General

s/ Friedrich A.P. Siekert
FRIEDRICH A.P. SIEKERT for

DIANNE SHAWLEY
Senior Counsel
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 514-0096

Dated: August 22, 2008

FRANK J. MAGILL, JR.
United States Attorney

s/ Friedrich A.P. Siekert

BY: FRIEDRICH A. P. SIEKERT
Assistant U.S. Attorney
Attorney ID No. 142013