`

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>and<br>THE STATE OF MINNESOTA,<br>Plaintiff-Intervenor,<br>v.<br>KOCH PETROLEUM GROUP, L.P.<br>Defendants. | CIVIL ACTION NO. 00-CV-2756 |

SECOND AMENDMENT TO CONSENT DECREE

WHEREAS, Plaintiff, the United States of America ("Plaintiff"), acting on behalf of the United States Environmental Protection Agency ("EPA"), the State of Minnesota on behalf of the Minnesota Pollution Control Authority ("MPCA" or "Plaintiff-Intervener"), and Koch Petroleum Group, L.P. (now Flint Hills Resources, LP, referred to as "FHR" or "Defendant") are parties to a Consent Decree entered by this Court on April 25, 2001 ; and

WHEREAS, the parties had previously determined that modification of certain requirements of the Consent Decree was appropriate, and which modification was approved and entered as a final order of the Court on January 19, 2007 (hereinafter "First Amendment to Consent Decree"); and

WHEREAS, FHR has agreed to the reduction of nitrogen oxides emissions ("NOx") from the fluidized catalytic cracking unit ("FCCU") at its Corpus Christi, Texas, East refinery; and

WHEREAS, in the First Amendment to Consent Decree, FHR agreed to install an SNCR system for NOx reduction at its East Refinery at the next scheduled turnaround of its FCCU, which was to begin no later than December 31, 2008; and

WHEREAS, after startup of the East Refinery SNCR, FHR was to propose a NOx limit within 21 months (or longer as agreed to by EPA and FHR), leading to a proposed interim NOx limit at the East Refinery FCCU by the fourth quarter of 2010 or early 2011, with a final limit established at some point thereafter; and

WHEREAS, the Consent Decree does not specify the NOx limit, but requires that it be proposed and set based on performance of the SNCR system, once installed; and

WHEREAS, FHR has determined and has demonstrated to the satisfaction of EPA, that FHR's Corpus Christi East Refinery FCCU is not configured in a way that will allow for optimal use of SNCR. In order to facilitate SNCR installation and operation, FHR would have to undertake substantial redesign work that could affect the performance of its scrubber that is utilized for particulate and $SO_2$ control; and

WHEREAS, based on FHR's evaluation, even a reconfigured FCCU with SCNR would likely result in NOx emissions in the range of 50-70 ppm on an annual average basis and could be even higher; and

WHEREAS, instead of the agreement to install SNCR, FHR has agreed to install an alternate NOx reduction technology (LoTOX or comparable technology) by the end of 2010 and

establish a NOx limit of 20 ppm (annual average), effective January 1, 2011, with the first annual average compliance point calculated on January 1, 2012; and

WHEREAS, this alternate commitment achieves greater NOx reductions on the same or better timetable as the SNCR commitment; and

WHEREAS, each of the undersigned has reviewed and hereby consents to this Second Amendment; and

WHERAS, this amendment does not affect requirements applicable to the Pine Bend, Minnesota, refinery and therefore, Plaintiff-Intervenor State of Minnesota, pursuant to Paragraph 153 of this decree as amended is not required to be a party to this amendment;

NOW, THEREFORE, the United States and FHR hereby agree that upon entry of this Second Amendment by the Court, the Consent Decree entered on April 25, 2001 (as amended January 19, 2007), shall be modified as follows:

1. Paragraph 35(b) is amended to read as follows:

(b) FHR will implement the following actions at the Corpus Christi East FCCU:

By no later than December 31, 2010, FHR shall complete installation and thereafter begin operation of a LoTOX or alternative technology to reduce NOx emissions from the Corpus Christi East FCCU. FHR shall thereafter comply with a NOx concentration limit of no greater than 20 ppm at 0%O2 measured as a 365-day rolling average. January 1, 2011 will be the first day used in the 365 day rolling average subject to the 20 ppm emission limit with the first complete 365 day average being on December 31 2011.

2. Paragraph 38 is amended to read as follows:

FHR shall submit, within the report required in Paragraph 30(b), a 365-day rolling average initial NOx emission limit for the FCCU located where FHR conducted the combined technology test. Upon submission of this initial limit, and the submission of the initial limit for the technology test required in Paragraph 35(a), and until such time as limits are finalized, FHR will comply with the initial NOx emission limits. EPA and FHR, in consultation with the appropriate state agency, will use the data collected, the level of demonstrated performance, process variability, reasonable certainty of compliance and any other pertinent information to establish final NOx emissions limits for the Pine Bend and Corpus Christi West FCCU.

So entered in accordance with the foregoing this _____________ day of _________________, 2008.

___________________________________

United States District Court Judge
For the District of Minnesota

Second Amendment to Consent Decree
United States v. Koch Petroleum Group. L.P. (D. Minn.)

FOR PLAINTIFF THE UNITED STATES OF AMERICA:

s/ Ronald J. Tenpas
RONALD J. TENPAS
Assistant Attorney General

s/ Dianne M. Shawley
DIANNE M. SHAWLEY
Senior Counsel
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 514-0096

FRANK MAGILL
Acting United States Attorney
District of Minnesota

FRIEDRICH A. P. SIEKERT
Assistant United States Attorney
Attorney ID No. 142013
District of Minnesota
U.S. Courthouse
300 S. 4th Street
Suite 600
Minneapolis, MN 55415

Second Amendment to Consent Decree
United States v. Koch Petroleum Group. L.P. (D. Minn.)

FOR THE U. S. ENVIRONMENTAL PROTECTION AGENCY:

s/ Walker B. Smith
WALKER B. SMITH
Director, Office of Civil Enforcement
Office of Enforcement and Compliance Assurance
U.S. Environmental Protection Agency
1200 Penn. Ave., NW
Mail Code 2241A
Washington, DC 20460

Second Amendment to Consent Decree
United States v. Koch Petroleum Group. L.P. (D. Minn.)

FOR FLINT HILLS RESOURCES, LP :

s/ Joe Coco
Joe Coco
Executive Vice President, Operations
P.O. Box 2256
Wichita, Kansas 67201