UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff

and

THE STATE OF MINNESOTA,

Plaintiff-Intervener,

v.

KOCH PETROLEUM GROUP, L.P.

Defendants.

Civil Action No. 00-CV-2756

---

I hereby certify that on August 22, 2008, I caused the following documents:

NOTICE OF LODGING OF PROPOSED CONSENT DECREE;
ATTACHMENT- SECOND AMENDMENT TO CONSENT DECREE;
CERTIFICATE OF SERVICE

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Mary T McAuliffe** mcauliffe.mary@epa.gov

**Dianne M Shawley** dianne.shawley@usdoj.gov

**Kathleen L Winters** kathleen.winters@state.mn.us, Peter.Marker@state.mn.us
Susan.Kaufenberg@state.mn.us

Dated: August 22, 2008

s/ Tabitha C. Fuelling
Tabitha C. Fuelling