UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>and )<br>)<br>THE STATE OF MINNESOTA, )<br>)<br>Plaintiff-Intervener, )<br>)<br>v. )<br>)<br>KOCH PETROLEUM GROUP, L.P. )<br>)<br>Defendants. )<br>) | Civil Action No. 00-CV-2756 |

### ORDER TO ENTER SECOND
### AMENDMENT TO CONSENT DECREE

This case came before the court on the United States' Unopposed Motion for entry of the proposed Second Amendment to Consent Decree lodged with this Court on August 22, 2008, in the above-styled action. The Court has reviewed the Motion and the proposed Second Amendment, and the entire file herein. Being thus duly advised, the Court finds the motion to enter meritorious and that it should be and hereby is GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED as follows:

1. The Second Amendment to the Consent Decree is hereby entered by the Court pursuant to entry of this Order and incorporated herein by reference;

2. The Second Amended Consent Decree and this Order together shall be deemed the ORDER FOR FINAL JUDGMENT in this action to amend the Consent Decree, and the FINAL JUDGMENT entered herein shall incorporate all the terms of the Consent Decree and subsequent Amendments, and of this Order.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: January 4, 2010

s/Paul A. Magnuson
Paul A. Magnuson, Judge
United States District Court