AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA,
THE STATE OF MINNESOTA

**JUDGMENT IN A CIVIL CASE**

V.

Case Number: 00-CV-2756

KOCH PETROLEUM GROUP, L.P.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. The Second Amendment to the Consent Decree is hereby entered by the Court pursuant to entry of this Order and incorporated herein by reference;
2. The Second Amended Consent Decree and this Order together shall be deemed the ORDER FOR FINAL JUDGMENT in this action to amend the Consent Decree, and the FINAL JUDGMENT entered herein shall incorporate all the terms of the Consent Decree and subsequent Amendments, and of this Order.

| January 6, 2010 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/Janet Midtbo |
| | (By) Janet Midtbo, Deputy Clerk |

Form Modified: 09/16/04